## STATEMENT OF FACTS

On Tuesday, August 6, 2019 at approximately 4:30 p.m., members of the United States Park Police (USPP), Narcotics and Vice Unit (NVU), Crime Patrol Unit (CPU), and Major Crimes Unit (MCU) were on patrol in the area of Southern Avenue and Wheeler Road, SE in Washington, D.C.  Officers observed a gray Volkswagen vehicle bearing D.C. tags FP9741 traveling northbound in the 2200 block of Southern Avenue Southeast in Washington, D.C.  The vehicle failed to signal when changing lanes and changed lanes within an intersection. The officers conducted a traffic stop for the violations in the 2200 block of Southern Avenue Southeast.

Officers approached the vehicle and made contact with the occupants of the vehicle.  The vehicle was occupied by the owner in the driver's seat and an individual later identified as Demonta Calloway (Defendant Calloway) in the front passenger seat.  Upon contact, officers immediately detected the odor of raw marijuana emanating from the vehicle. Officers had both occupants exit the vehicle. As Defendant Calloway exited the vehicle, Sergeant Joseph Hayes observed a large bulge near the groin area of Defendant Calloway, who was wearing tight fitting sweatpants. Sergeant Hayes completed a pat down of Defendant Calloway and immediately recognized a firearm in Defendant Calloway's groin area near his left leg. A firearm was recovered from Defendant Calloway's groin area. Defendant Calloway was placed under arrest.

The firearm recovered was determined to be a black in color Sig Sauer P365 .9 millimeter semi-automatic handgun with a serial number of 66A031036, loaded with one (1) round in the chamber and ten (10) rounds in a ten (10) round capacity magazine.

A criminal history check of Defendant Calloway through the National Crime Information Center confirmed that the defendant had a prior felony conviction for Assault with a Dangerous Weapon-Gun in the Superior Court for the District of Columbia, docket number 2014 CF3 012859 as well as a prior conviction for Carrying a Pistol without a License in the Superior Court for the District of Columbia, docket number 2013 CF2 000492.  Both of these crimes are punishable by more than one year in the District of Columbia.  Before filing this complaint, the officer reviewed at least one computer printout of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. There are no firearms manufactured in the District of Columbia.

_____
OFFICER ANDREW KENESS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE